```
PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER  132230
MICHAEL J. DAPONDE  204283
CARRIE L. BONNINGTON 227570
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583
```

Attorneys for Plaintiff
COMMUNICATIONS CENTER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNICATIONS CENTER, INC., a District of Columbia corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTHEW J. HEWITT, an individual; PACIFIC CREST RESEARCH CORPORATION, a Washington corporation,<br><br>            Defendants. | No. CIV-S-03-1968 WBS KJM<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURES |

WHEREAS, the Court's Pretrial Scheduling Order dated November 17, 2003 required that expert disclosures pursuant to Rule 26 occur no later than December 1, 2004, expert discovery be completed no later than March 1, 2005, and scheduled the Final Pretrial Conference for June 6, 2005;

WHEREAS, on October 27, 2004, Plaintiff Communications Center, Inc. ("CCI") brought a motion for sanctions seeking default judgment against Defendants;

1    WHEREAS, on November 2, 2004, the Court issued an Order (adopting the parties'
2 first Stipulation and [Proposed] Order) which amended its Pretrial Scheduling Order to
3 allow expert disclosures to occur no later than February 1, 2005 and expert discovery to be
4 completed no later than April 1, 2005;

5    WHEREAS, CCI's motion was heard on December 1, 2004;

6    WHEREAS, on December 17, 2004, the Court ordered that an evidentiary hearing
7 be held on January 14, 2005 prior to ruling on CCI's motion;

8    WHEREAS, on January 4, 2005, the Court ordered that the evidentiary hearing be
9 re-scheduled to February 22, 2005;

10   WHEREAS, on January 20, 2005, the Court issued an Order (adopting the parties'
11 second Stipulation and [Proposed] Order) which amended its Pretrial Scheduling Order to
12 allow expert disclosures to occur no later than April 1, 2004, to allow expert discovery to be
13 completed by no later than June 1, 2005, and to schedule the Final Pretrial Conference for
14 July 5, 2005;

15   WHEREAS, on February 22, 2005, an evidentiary hearing was held regarding CCI's
16 motion;

17   WHEREAS, on March 22, 2005, the Court issued an Order (adopting the parties'
18 third Stipulation and [Proposed] Order) which amended its Pretrial Scheduling Order to
19 allow expert disclosures to occur no later than April 22, 2004;

20   WHEREAS, on April 5, 2005, the Magistrate issued an Order and Findings and
21 Recommendations, ordering Defendants to pay CCI attorneys fees and costs incurred in
22 connection with the motion for sanctions, and recommending that Defendants' answer be
23 stricken and default be entered against Defendants on all causes of action except for the
24 seventh and eighth causes of action;

25   WHEREAS, Defendants intend to file objections to the Magistrate's Findings and
26 Recommendations within 20 days of their filing, and CCI may reply to such objections
27 within five days thereafter;

28

1  WHEREAS, the necessity for expert witnesses and/or the scope of expert testimony
2  may be affected by the Court's decision on the Magistrate's Findings and
3  Recommendations.

4  THE PARTIES HEREBY STIPULATE AND AGREE THAT the Court's Pretrial
5  Scheduling Order dated November 17, 2003 and aforementioned Orders dated November 2,
6  2004, January 20, 2005, and March 22, 2005 may be amended to allow the disclosure of
7  experts pursuant to Rule 26 no later than May 23, 2005.

8  Dated:  April 19, 2005            WOHL SAMMIS & PERKINS LLP
                                     ROBIN PERKINS
9                                    CHRISTOPHER F. WOHL
                                     1006 Fourth Street, Fourth Floor
10                                   Sacramento, CA  95814

11                                   By _____/s/_____
                                        Attorneys for Defendants
12                                      MATTHEW J. HEWITT and PACIFIC
                                        CREST RESEARCH CORPORATION
13

14

15 Dated:  April 19, 2005            PILLSBURY WINTHROP SHAW
                                     PITTMAN LLP
16                                   BENJAMIN L. WEBSTER
                                     MICHAEL J. DAPONDE
17                                   CARRIE L. BONNINGTON
                                     400 Capitol Mall, Suite 1700
18                                   Sacramento, CA  95814-4419

19                                   By _____/s/_____
                                        Attorneys for Plaintiff
20                                      COMMUNICATIONS CENTER, INC.

21

22  IT IS SO ORDERED, with the consent of the parties, this 21st day of April, 2005.

23                                   _____
                                     WILLIAM B. SHUBB
24                                   UNITED STATES DISTRICT JUDGE

25

26

27

28