1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BENJAMIN L. WEBSTER  132230
2  MICHAEL J. DAPONDE  204283
   400 Capitol Mall, Suite 1700
3  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
4  Facsimile: (916) 441-3583

5  Attorneys for Plaintiff
   COMMUNICATIONS CENTER, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11  _____
                                  )
12  COMMUNICATIONS CENTER, )      No. CIV-S-03-1968 WBS KJM
    INC., a District of Columbia  )
13  corporation,                  )     STIPULATION AND [PROPOSED]
                                  )      ORDER TO RE-SCHEDULE THE
14               Plaintiff,        )      FINAL PRETRIAL CONFERENCE
                                  )      AND FILINGS RELATED THERETO
15         vs.                    )      PENDING RESOLUTION OF THE
                                  )      MAGISTRATE'S ORDER AND
16  MATTHEW J. HEWITT, an         )      FINDINGS AND
    individual; PACIFIC CREST     )      RECOMMENDATIONS DATED
17  RESEARCH CORPORATION, a )      APRIL 5, 2005
    Washington corporation,       )
18                                )      Trial Date:  August 9, 2005
                 Defendants.       )
19  _____)

20

21        WHEREAS, the Court's Pretrial Scheduling Order dated November 17, 2003

22  scheduled the Final Pretrial Conference for June 6, 2005 and scheduled the Trial to begin

23  August 9, 2005;

24        WHEREAS, on January 20, 2005, the Court issued an Order (adopting the parties'

25  second Stipulation and [Proposed] Order) which, among other things, amended the Pretrial

26  Scheduling Order to schedule the Final Pretrial Conference for July 5, 2005;

27        WHEREAS, on April 5, 2005, the Magistrate issued an Order and Findings and

28  Recommendations, ordering Defendants to pay CCI attorneys' fees and costs incurred in

85143v1
Case No. CIV-S-03-1968 WBS KJM                                      - 1 -

STIPULATION AND [PROPOSED] ORDER TO RE-SCHEDULE THE
FINAL PRETRIAL CONFERENCE AND FILINGS RELATED THERETO
PENDING RESOLUTION OF THE MAGISTRATE'S ORDER AND
FINDINGS AND RECOMMENDATIONS DATED APRIL 5, 2005

1   connection with CCI's motion for sanctions, and recommending that Defendants' answer be

2   stricken and default be entered against Defendants on all causes of action except for the

3   seventh and eighth causes of action;

4          WHEREAS, Defendants filed objections to the Magistrate's Order and Findings and

5   Recommendations and CCI filed a reply to such objections;

6          WHEREAS, on May 27, 2005, the Court scheduled oral argument regarding the

7   parties' filings for June 13, 2005;

8          WHEREAS, the parties believe that moving the Final Pretrial Conference and any

9   filings related thereto will allow sufficient time for the Court to rule on the Magistrate's

10  Findings and Recommendations and for CCI to move for default judgment and adduce

11  proof of damages thereafter (as appropriate);

12         WHEREAS, the scheduling in this matter may be affected by the Court's final

13  ruling on the Magistrate's Findings and Recommendations.

14         THE PARTIES HEREBY STIPULATE AND AGREE THAT the Court's Pretrial

15  Scheduling Order dated November 17, 2003 and aforementioned Order dated January 20,

16  2005 may be amended to re-schedule the Final Pretrial Conference from the currently set

17  date of July 5, 2005 to August 1, 2005 at 10:00 a.m.

18  Dated:  June 3, 2005                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                        BENJAMIN L. WEBSTER
19                                      MICHAEL J. DAPONDE
                                        400 Capitol Mall, Suite 1700
20                                      Sacramento, CA  95814-4419

21                                      By _____/s/_____
                                          Attorneys for Plaintiff
22                                        COMMUNICATIONS CENTER, INC.

23  Dated:  June 3, 2005                WOHL SAMMIS & PERKINS LLP
                                        ROBIN PERKINS
24                                      CHRISTOPHER F. WOHL
                                        1006 Fourth Street, Fourth Floor
25                                      Sacramento, CA  95814

26                                      By _____/s/_____
                                          Attorneys for Defendants
27                                        MATTHEW J. HEWITT and PACIFIC CREST
                                          RESEARCH CORPORATION

28

85143v1
Case No. CIV-S-03-1968 WBS KJM

- 2 -

STIPULATION AND [PROPOSED] ORDER TO RE-SCHEDULE THE
FINAL PRETRIAL CONFERENCE AND FILINGS RELATED THERETO
PENDING RESOLUTION OF THE MAGISTRATE'S ORDER AND
FINDINGS AND RECOMMENDATIONS DATED APRIL 5, 2005

1        IT IS SO ORDERED, with the consent of the parties, this 6th day of June, 2005.

2

3                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

85143v1
Case No. CIV-S-03-1968 WBS KJM

- 3 -

STIPULATION AND [PROPOSED] ORDER TO RE-SCHEDULE THE
FINAL PRETRIAL CONFERENCE AND FILINGS RELATED THERETO
PENDING RESOLUTION OF THE MAGISTRATE'S ORDER AND
FINDINGS AND RECOMMENDATIONS DATED APRIL 5, 2005