PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER  132230
MICHAEL J. DAPONDE  204283
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Plaintiff
COMMUNICATIONS CENTER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNICATIONS CENTER, INC., a District of Columbia corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW J. HEWITT, an individual; PACIFIC CREST RESEARCH CORPORATION, a Washington corporation,<br><br>　　　　　　Defendants. | No. CIV-S-03-1968 WBS KJM<br><br>STIPULATION AND ORDER TO CONTINUE THE TRIAL AND THE FINAL PRETRIAL CONFERENCE<br><br>Trial Date:  August 9, 2005 |

　　　　WHEREAS, the Court's Pretrial Scheduling Order dated November 17, 2003 scheduled the Final Pretrial Conference for June 6, 2005 and scheduled the Trial to begin August 9, 2005;

　　　　WHEREAS, on January 20, 2005, the Court issued an Order (adopting the parties' Stipulation and [Proposed] Order) which, among other things, amended the Pretrial Scheduling Order to schedule the Final Pretrial Conference for July 5, 2005;

　　　　WHEREAS, on April 5, 2005, the Magistrate issued an Order and Findings and Recommendations, ordering Defendants to pay CCI attorneys' fees and costs incurred in

connection with CCI's motion for sanctions, and recommending that Defendants' answer be stricken and default be entered against Defendants on all causes of action except for the seventh and eighth causes of action;

WHEREAS, on June 6, 2005, the Court issued an Order (adopting the parties' Stipulation and [Proposed] Order) which amended the Pretrial Scheduling Order to schedule the Final Pretrial Conference for August 1, 2005;

WHEREAS, on June 24, 2005, the District Court ordered that Defendants pay CCI's attorneys' fees and costs incurred in connection with CCI's motion for sanctions, but did not adopt the Magistrate's recommendation that the answer be stricken or default be entered;

WHEREAS, the parties have postponed some expert disclosures and all expert discovery pending resolution of CCI's motion for sanctions;

WHEREAS, CCI intends to bring a motion seeking prompt compliance with the Court's order requiring Defendants to pay attorneys' fees and costs;

WHEREAS, after compliance with the Court's order, the parties may engage in settlement discussions;

WHEREAS, the parties believe that continuing the Trial and the Final Pretrial Conference will allow sufficient time for the parties to disclose experts and conduct expert discovery, and for CCI's motion to be heard.

THE PARTIES HEREBY STIPULATE AND AGREE THAT the Court's Pretrial Scheduling Order dated November 17, 2003 and aforementioned Orders dated January 20, 2005 and June 6, 2005 may be amended to continue the Trial and the Final Pretrial Conference from the currently set dates of August 9, 2005 and August 1, 2005, respectively, to October 25, 2005 at 9:00 am for trial and September 26, 2005 at 10:00 am for pretrial, or as determined by the Court.

/ / /

/ / /

/ / /

Dated: July __, 2005

PILLSBURY WINTHROP SHAW PITTMAN LLP

        BENJAMIN L. WEBSTER
        MICHAEL J. DAPONDE
        400 Capitol Mall, Suite 1700
        Sacramento, CA  95814-4419

        By  /s/
          Attorneys for Plaintiff
          COMMUNICATIONS CENTER, INC.


        WOHL SAMMIS & PERKINS LLP

Dated:  July __, 2005

        ROBIN PERKINS
        CHRISTOPHER F. WOHL
        1006 Fourth Street, Fourth Floor
        Sacramento, CA  95814

        By  /s/
          Attorneys for Defendants
          MATTHEW J. HEWITT and PACIFIC CREST
          RESEARCH CORPORATION


  IT IS SO ORDERED, with the consent of the parties, this 11th day of July, 2005.


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE