1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BENJAMIN L. WEBSTER  132230
2   MICHAEL J. DAPONDE  204283
    CARRIE L. BONNINGTON
3   400 Capitol Mall, Suite 1700
    Sacramento, CA  95814-4419
4   Telephone: (916) 329-4700
    Facsimile: (916) 441-3583
5
    Attorneys for Plaintiff
6   COMMUNICATIONS CENTER, INC.

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

12   —————————————————————
     COMMUNICATIONS CENTER,          )   No. CIV-S-03-1968 WBS KJM
13   INC., a District of Columbia    )
     corporation,                    )   DECLARATION OF MICHAEL J.
14                                   )   DAPONDE IN SUPPORT OF REPLY BRIEF
                    Plaintiff,       )   RE MOTION TO COMPEL PROMPT
15                                   )   COMPLIANCE WITH COURT ORDER
              vs.                    )
16                                   )   Date:  August 8, 2005
     MATTHEW J. HEWITT, an           )   Time: 1:30 p.m.
17   individual; PACIFIC CREST       )   Courtroom:  5
     RESEARCH CORPORATION, a         )   Judge: Hon. William B. Shubb
18   Washington corporation,         )
                                     )
19                    Defendants.    )
     —————————————————————
20

21

22        I, Michael J. Daponde, declare as follows:

23        1.    I am a member of the State Bar of California and a senior associate with the

24   firm of Pillsbury Winthrop Shaw Pittman LLP, attorneys for COMMUNICATIONS

25   CENTER, INC. ("CCI") in the above-entitled action.  As such, I am familiar with the

26   records and proceedings in this case.

27        2.    On or about September 29, 2004, which was the first day of the deposition of

28   MATTHEW J. HEWITT ("Hewitt"), Hewitt and Defendant PACIFIC CREST RESEARCH

86412v1

- 1 -

1    CORPORATION ("Pacific Crest") produced a document entitled "Pacific Crest Research

2    Sales Journal – Summary From 1/1/2004 To 9/28/2004." This document indicates that

3    Pacific Crest had sales totaling nearly $1 million through the first nine months of 2004.

4    Attached hereto as Exhibit 1 is a true and correct redacted copy of this document (identified

5    as Exhibit 63 to the Hewitt deposition transcript).

6         I declare under penalty of perjury under the laws of California that the foregoing is

7    true and correct, and that this declaration was executed on August  1 , 2005, at Sacramento,

8    California.

9                                    MICHAEL J. DAPONDE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# Pacific Crest Research

## Sales Journal - Summary

## From 1/1/2004 To 9/28/2004

9/28/2004
1:22:23 PM

Page 1

| Date | Source Doc.# | Customer | Amnt - Sales Freight | Tax | Discount | Total |
|------|--------------|----------|---------------------|-----|----------|-------|
| 1/8/2004 | Invoice 251 | / | $5,713.05 | | | $5,713.05 |
| 1/13/2004 | Invoice 252 | / | $5,609.40 | | | $5,609.40 |
| 1/13/2004 | Invoice 254 | | $1,558.45 | | | $1,558.45 |
| 1/15/2004 | Invoice 255 | | $7,105.00 | | | $7,105.00 |
| 1/19/2004 | Invoice 257 | / | $8,060.76 | | | $8,060.76 |
| 1/19/2004 | Invoice 258 | / | $7,915.68 | | | $7,915.68 |
| 1/20/2004 | Invoice 259 | REDACTED | $3,281.25 | | | $3,281.25 |
| 1/22/2004 | Invoice 260 | | $11,050.00 | | $221.00 | $10,829.00 |
| 1/22/2004 | Invoice 261 | | $3,436.26 | | | $3,436.26 |
| 1/23/2004 | Invoice 262 | / | $12,919.56 | | $516.78 | $12,402.78 |
| 1/26/2004 | Invoice 263 | / | $8,558.97 | | | $8,558.97 |
| 1/26/2004 | Invoice 264 | / | $3,081.12 | | | $3,081.12 |
| 1/26/2004 | Invoice 265 | / | $2,999.43 | | | $2,999.43 |
| 1/29/2004 | Invoice 266 | | $5,076.00 | | | $5,076.00 |
| 2/2/2004 | Invoice 267 | / | $13,669.32 | | | $13,669.32 |
| 2/5/2004 | Invoice 268 | / | $6,801.60 | | | $6,801.60 |
| 2/6/2004 | Invoice 269 | / | $3,910.89 | | | $3,910.89 |

Δ π EXHIBIT 63
Deponent Nowitt
Date 7/30/04 Rptr. 5C
WWW.DEPOBOOK.COM

# Pacific Crest Research

## Sales Journal - Summary

## From 1/1/2004 To 9/28/2004

9/28/2004
1:22:23 PM
Page 2

| Date | Source Doc.# | Customer | Amnt - Sales Freight | Tax | Discount | Total |
|------|--------------|----------|---------------------:|-----|----------|------:|
| 2/6/2004 | Invoice 271 | . | $3,525.00 | | | $3,525.00 |
| 2/9/2004 | Invoice 272 | . | $3,525.00 | | | $3,525.00 |
| 2/9/2004 | Invoice 273 | , | $4,025.00 | | | $4,025.00 |
| 2/9/2004 | Invoice 274 | , | $4,025.00 | | | $4,025.00 |
| 2/9/2004 | Invoice 275 | , | $4,025.00 | | | $4,025.00 |
| 2/9/2004 | Invoice 276 | , | $4,025.00 | | | $4,025.00 |
| 2/10/2004 | Invoice 277 | I | $3,579.09 | | | $3,579.09 |
| 2/12/2004 | Invoice 278 | , REDACTED | $4,025.00 | | | $4,025.00 |
| 2/12/2004 | Invoice 279 | , | $4,025.00 | | | $4,025.00 |
| 2/12/2004 | Invoice 280 | I | $8,998.86 | | | $8,998.86 |
| 2/17/2004 | Invoice 281 | I | $3,208.59 | | | $3,208.59 |
| 2/17/2004 | Invoice 282 | I | $6,566.91 | | | $6,566.91 |
| 2/23/2004 | Invoice 283 | I | $3,375.54 | | | $3,375.54 |
| 2/23/2004 | Invoice 284 | I | $3,887.88 | | | $3,887.88 |
| 2/23/2004 | Invoice 285 | : | $18,580.00 | | | $18,580.00 |
| 2/27/2004 | Invoice 286 | I | $3,100.02 | | | $3,100.02 |
| 2/27/2004 | Invoice 287 | : | $4,528.00 | | | $4,528.00 |
| 3/2/2004 | Invoice | : | $6,195.00 | | | $6,195.00 |

# Pacific Crest Research

## Sales Journal - Summary

## From 1/1/2004 To 9/28/2004

9/28/2004
1:22:23 PM

Page 3

| Date | Source Doc.# | Customer | Amnt - Sales Freight | Tax | Discount | Total |
|------|------|------|------|------|------|------|
| | 288 | | | | | |
| 3/2/2004 | Invoice 289 | | $332.01 | | | $332.01 |
| 3/2/2004 | Invoice 290 | | $4,509.33 | | | $4,509.33 |
| 3/8/2004 | Invoice 291 | | $978.39 | | | $978.39 |
| 3/8/2004 | Invoice 292 | | $1,614.48 | | | $1,614.48 |
| 3/8/2004 | Invoice 293 | | $2,727.48 | | | $2,727.48 |
| 3/15/2004 | Invoice 294 | REDACTED | $3,801.00 | | | $3,801.00 |
| 3/15/2004 | Invoice 295 | | $22,256.43 | | | $22,256.43 |
| 3/16/2004 | Invoice 297 | | $5,500.00 | | | $5,500.00 |
| 3/16/2004 | Invoice 298 | | $3,030.51 | | | $3,030.51 |
| 3/23/2004 | Invoice 299 | | $27,750.00 | | | $27,750.00 |
| 3/23/2004 | Invoice 300 | | $6,344.10 | | | $6,344.10 |
| 3/28/2004 | Invoice 301 | | $7,529.34 | | | $7,529.34 |
| 3/29/2004 | C.M. 302 | | ($805.56) | | | ($805.56) |
| 4/1/2004 | Invoice 303 | | $21,680.82 | | | $21,680.82 |
| 4/6/2004 | Invoice 304 | | $2,483.25 | | | $2,483.25 |
| 4/6/2004 | Invoice 305 | | $14,076.00 | | | $14,076.00 |
| 4/6/2004 | Invoice 306 | | $5,177.97 | | | $5,177.97 |

# Pacific Crest Research

## Sales Journal - Summary

## From 1/1/2004 To 9/28/2004

9/28/2004
1:22:23 PM

Page 4

| Date | Source Doc.# | Customer | Amnt - Sales Freight | Tax | Discount | Total |
|---|---|---|---|---|---|---|
| 4/6/2004 | Invoice 307 | I | $4,960.83 | | | $4,960.83 |
| 4/12/2004 | Invoice 308 | I | $5,943.42 | | | $5,943.42 |
| 4/16/2004 | Invoice 309 | I | $22,615.11 | | | $22,615.11 |
| 4/22/2004 | Invoice 310 | I | $13,780.41 | | | $13,780.41 |
| 4/26/2004 | Invoice 311 | | $1,078.14 | | | $1,078.14 |
| 4/26/2004 | Invoice 312 | : | $464.50 | | | $464.50 |
| 4/26/2004 | Invoice 313 | : | $7,592.40 | | | $7,592.40 |
| 4/26/2004 | Invoice 315 | REDACTED | $6,447.63 | | | $6,447.63 |
| 4/27/2004 | Invoice 314 | I | $6,200.00 | | | $6,200.00 |
| 5/3/2004 | Invoice 316 | | $2,799.30 | | | $2,799.30 |
| 5/3/2004 | Invoice 317 | | $2,671.62 | | | $2,671.62 |
| 5/3/2004 | Invoice 318 | I | $6,264.93 | | | $6,264.93 |
| 5/5/2004 | Invoice 319 | I | $17,681.60 | | | $17,681.60 |
| 5/7/2004 | Invoice 320 | | $1,579.83 | | | $1,579.83 |
| 5/7/2004 | Invoice 321 | | $4,206.30 | | | $4,206.30 |
| 5/10/2004 | Invoice 323 | | $2,732.31 | | | $2,732.31 |
| 5/10/2004 | Invoice 324 | | $949.20 | | | $949.20 |
| 5/12/2004 | Invoice | | $5,712.00 | | | $5,712.00 |

# Pacific Crest Research

## Sales Journal - Summary

## From 1/1/2004 To 9/28/2004

9/28/2004
1:22:24 PM

Page 5

| Date | Source Doc.# | Customer | Amnt - Sales Freight | Tax | Discount | Total |
|------|------|------|------|------|------|------|
| | 322 | | | | | |
| 5/18/2004 | Invoice 325 | ı | $9,972.00 | | | $9,972.00 |
| 5/18/2004 | Invoice 326 | | $3,301.80 | | | $3,301.80 |
| 5/18/2004 | Invoice 328 | | $7,234.08 | | | $7,234.08 |
| 5/20/2004 | Invoice 327 | | $7,175.00 | | | $7,175.00 |
| 5/21/2004 | Invoice 329 | | $7,840.00 | | | $7,840.00 |
| 5/26/2004 | Invoice 330 | **REDACTED** | $13,923.63 | | | $13,923.63 |
| 5/26/2004 | Invoice 331 | | $6,171.17 | | | $6,171.17 |
| 6/1/2004 | Invoice 332 | | $12,960.57 | | | $12,960.57 |
| 6/1/2004 | Invoice 333 | | $2,379.93 | | | $2,379.93 |
| 6/6/2004 | Invoice 334 | | $6,356.07 | | | $6,356.07 |
| 6/6/2004 | Invoice 335 | | $9,625.20 | | | $9,625.20 |
| 6/10/2004 | Invoice 336 | | $10,577.07 | | | $10,577.07 |
| 6/11/2004 | Invoice 337 | | $5,358.78 | | | $5,358.78 |
| 6/16/2004 | Invoice 341 | | $8,811.18 | | | $8,811.18 |
| 6/17/2004 | Invoice 342 | | $6,062.28 | | | $6,062.28 |
| 6/21/2004 | Invoice 343 | | $5,740.98 | | | $5,740.98 |
| 6/22/2004 | Invoice 344 | | $7,175.00 | | | $7,175.00 |

# Pacific Crest Research

## Sales Journal - Summary

## From 1/1/2004 To 9/28/2004

9/28/2004
1:22:24 PM

Page 6

| Date | Source Doc.# | Customer | Amnt - Sales Freight | Tax | Discount | Total |
|------|------|------|------|------|------|------|
| 6/23/2004 | Invoice 345 | | $6,297.27 | | | $6,297.27 |
| 6/28/2004 | Invoice 346 | | $10,973.76 | | | $10,973.76 |
| 7/1/2004 | Invoice 347 | | $4,251.00 | | | $4,251.00 |
| 7/6/2004 | Invoice 348 | | $975.87 | | | $975.87 |
| 7/6/2004 | Invoice 349 | | $9,165.45 | | | $9,165.45 |
| 7/11/2004 | Invoice 351 | REDACTED | $1,956.25 | | | $1,956.25 |
| 7/13/2004 | Invoice 352 | | $7,940.31 | | | $7,940.31 |
| 7/15/2004 | Invoice 353 | | $11,686.71 | | | $11,686.71 |
| 7/20/2004 | Invoice 354 | | $12,177.27 | | | $12,177.27 |
| 7/20/2004 | Invoice 355 | | $16,061.64 | | | $16,061.64 |
| 7/23/2004 | Invoice 356 | | $15,408.33 | | | $15,408.33 |
| 7/23/2004 | Invoice 357 | | $13,717.62 | | | $13,717.62 |
| 7/26/2004 | Invoice 359 | | $4,797.24 | | | $4,797.24 |
| 8/6/2004 | C.M. 360 | | $0.00 | | | $0.00 |
| 8/6/2004 | Invoice 361 | | $0.00 | | | $0.00 |
| 8/6/2004 | Invoice 362 | | $836.01 | | | $836.01 |
| 8/6/2004 | Invoice 363 | | $6,603.24 | | | $6,603.24 |
| 8/6/2004 | Invoice | | $3,612.50 | | | $3,612.50 |

# Pacific Crest Research

## Sales Journal - Summary

## From 1/1/2004 To 9/28/2004

9/28/2004
1:22:24 PM

Page 7

| Date | Source Doc.# | Customer | Amnt - Sales Freight | Tax | Discount | Total |
|------|------|------|------|------|------|------|
| | 364 | | | | | |
| 8/6/2004 | Invoice | | $1,735.35 | | | $1,735.35 |
| | 365 | | | | | |
| 8/13/2004 | Invoice | | $6,130.74 | | | $6,130.74 |
| | 366 | | | | | |
| 8/13/2004 | Invoice | | $9,177.63 | | | $9,177.63 |
| | 367 | | | | | |
| 8/13/2004 | Invoice | | $9,647.19 | | | $9,647.19 |
| | 368 | **REDACTED** | | | | |
| 8/13/2004 | Invoice | | $7,247.10 | | | $7,247.10 |
| | 369 | | | | | |
| 8/13/2004 | Invoice | | $956.95 | | | $956.95 |
| | 370 | | | | | |
| 8/18/2004 | Invoice | | $9,604.56 | | | $9,604.56 |
| | 371 | | | | | |
| 8/18/2004 | Invoice | | $6,982.71 | | | $6,982.71 |
| | 372 | | | | | |
| 8/18/2004 | Invoice | | $36,957.35 | | | $36,957.35 |
| | 373 | | | | | |
| 8/23/2004 | Invoice | | $9,300.00 | | | $9,300.00 |
| | 374 | | | | | |
| 8/23/2004 | Invoice | | $9,684.15 | | | $9,684.15 |
| | 375 | | | | | |
| 8/25/2004 | Invoice | | $9,137.73 | | | $9,137.73 |
| | 376 | | | | | |
| 8/25/2004 | Invoice | | $5,869.08 | | | $5,869.08 |
| | 377 | | | | | |
| 8/25/2004 | Invoice | | $6,800.22 | | | $6,800.22 |
| | 378 | | | | | |
| 8/29/2004 | Invoice | | $8,400.42 | | | $8,400.42 |
| | 379 | | | | | |
| 8/29/2004 | Invoice | | $4,657.38 | | | $4,657.38 |
| | 380 | | | | | |
| 8/30/2004 | Invoice | | $2,910.39 | | | $2,910.39 |
| | 381 | | | | | |

# Pacific Crest Research

## Sales Journal - Summary

## From 1/1/2004 To 9/28/2004

9/28/2004
1:22:24 PM

Page 8

| Date | Source Doc.# | Customer | Amnt - Sales Freight | Tax | Discount | Total |
|------|------|------|------|------|------|------|
| 8/30/2004 | Invoice 382 | | $8,521.80 | | | $8,521.80 |
| 9/1/2004 | Invoice 383 | | $6,195.63 | | | $6,195.63 |
| 9/1/2004 | Invoice 384 | | $7,847.07 | | | $7,847.07 |
| 9/7/2004 | Invoice 385 | | $5,934.81 | | | $5,934.81 |
| 9/9/2004 | Invoice 386 | REDACTED | $6,262.41 | | | $6,262.41 |
| 9/14/2004 | Invoice 387 | | $7,038.99 | | | $7,038.99 |
| 9/15/2004 | Invoice 388 | | $7,521.99 | | | $7,521.99 |
| 9/15/2004 | Invoice 389 | | $5,089.14 | | | $5,089.14 |
| 9/16/2004 | Invoice 390 | | $4,225.00 | | | $4,225.00 |
| 9/20/2004 | Invoice 391 | | $9,957.15 | | | $9,957.15 |
| 9/21/2004 | Invoice 392 | | $12,058.41 | | | $12,058.41 |
| 9/23/2004 | Invoice 393 | | $6,887.79 | | | $6,887.79 |
| 9/23/2004 | Invoice 394 | | $6,099.87 | | | $6,099.87 |
| 9/23/2004 | Invoice 395 | | $3,907.47 | | | $3,907.47 |
| 9/27/2004 | Invoice 396 | | $4,449.48 | | | $4,449.48 |
| 9/27/2004 | Invoice 397 | | $5,215.56 | | | $5,215.56 |
| 9/27/2004 | Invoice 398 | | $7,289.52 | | | $7,289.52 |

# Pacific Crest Research

## Sales Journal - Summary

## From 1/1/2004 To 9/28/2004

| Date | Source Doc.# | Customer | Amnt - Sales Freight | Tax | Discount | Total |
|------|--------------|----------|----------------------|-----|----------|-------|

Totals:

| | | Number of ... | |
|------|------------|--------------|-----|
| Sales | $963,457.96 | Invoices | 137 |
| Freight | $0.00 | Credit Memos | 2 |
| Tax | $0.00 | Total | 139 |
| Discount | $737.78 | | |
| Grand Total | $962,720.18 | | |