PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER  132230
MICHAEL J. DAPONDE  204283
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Plaintiff
COMMUNICATIONS CENTER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNICATIONS CENTER, INC., a District of Columbia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW J. HEWITT, an individual; PACIFIC CREST RESEARCH CORPORATION, a Washington corporation,<br><br>Defendants. | No. CIV-S-03-1968 WBS KJM<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE TRIAL AND THE FINAL PRETRIAL CONFERENCE<br><br>Trial Date:  October 25, 2005 |

WHEREAS, the Court's Pretrial Scheduling Order dated November 17, 2003 scheduled the Final Pretrial Conference for June 6, 2005 and scheduled the Trial to begin August 9, 2005;

WHEREAS, on January 20, 2005, the Court issued an Order (adopting the parties' Stipulation and [Proposed] Order) which, among other things, amended the Pretrial Scheduling Order to schedule the Final Pretrial Conference for July 5, 2005;

WHEREAS, on April 5, 2005, the Magistrate issued an Order and Findings and Recommendations, ordering Defendants to pay CCI attorneys' fees and costs incurred in

1  connection with CCI's motion for sanctions, and recommending that Defendants' answer be
2  stricken and default be entered against Defendants on all causes of action except for the
3  seventh and eighth causes of action;
4        WHEREAS, on June 6, 2005, the Court issued an Order (adopting the parties'
5  Stipulation and [Proposed] Order) which amended the Pretrial Scheduling Order to
6  schedule the Final Pretrial Conference for August 1, 2005;
7        WHEREAS, on June 24, 2005, the District Court ordered that Defendants pay CCI's
8  attorneys' fees and costs incurred in connection with CCI's motion for sanctions, but did
9  not adopt the Magistrate's recommendation that the answer be stricken or default be
10 entered;
11       WHEREAS, on July 11, 2005, the Court issued an Order (adopting the parties'
12 Stipulation and [Proposed] Order) which amended the Pretrial Scheduling Order to
13 schedule the Final Pretrial Conference for September 26, 2005 and continued the Trial to
14 October 25, 2005;
15       WHEREAS, on August 9, 2005, the District Court issued an order (the "August
16 2005 Order") providing for amendment of the Pretrial Scheduling Order to allow CCI to
17 conduct discovery on Defendants' ability to pay the attorneys' fees and costs previously
18 awarded as if a judgment had issued;
19       WHEREAS, CCI intends to conduct discovery pursuant to the August 2005 Order;
20       WHEREAS, the parties have postponed some expert disclosures and all expert
21 discovery pending resolution of CCI's motion for sanctions;
22       WHEREAS, the parties believe that continuing the Trial and the Final Pretrial
23 Conference will allow sufficient time for CCI to conduct discovery regarding the attorneys'
24 fees and costs sanction pursuant to the August 2005 Order and for the parties to disclose
25 experts and conduct expert discovery.
26       THE PARTIES HEREBY STIPULATE AND AGREE THAT the Court's Pretrial
27 Scheduling Order dated November 17, 2003 and aforementioned Orders dated January 20,
28 2005, June 6, 2005, and July 11, 2005 may be amended to continue the Trial from the

1  currently set date of October 25, 2005 to a date in or about May 2006, and to reschedule the

2  Final Pretrial Conference to a date approximately 30 days prior to the Trial, or as

3  determined by the Court.

4  Dated:  August 26, 2005        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                  BENJAMIN L. WEBSTER
5                                 MICHAEL J. DAPONDE
                                  400 Capitol Mall, Suite 1700
6                                 Sacramento, CA  95814-4419

7                                 By _____/s/_____
                                     Attorneys for Plaintiff
8                                    COMMUNICATIONS CENTER, INC.

9

10

11 Dated:  August 26, 2005        WOHL SAMMIS & PERKINS LLP
                                  ROBIN PERKINS
12                                CHRISTOPHER F. WOHL
                                  1006 Fourth Street, Fourth Floor
13                                Sacramento, CA  95814

14                                By _____/s/_____
                                     Attorneys for Defendants
15                                   MATTHEW J. HEWITT and PACIFIC CREST
                                     RESEARCH CORPORATION
16

17
        IT IS SO ORDERED, with the consent of the parties, this 30th day of August, 2005,
18
    that the Court's Pretrial Scheduling Order dated November 17, 2003 and aforementioned
19
    Orders dated January 20, 2005, June 6, 2005, and July 11, 2005 may be amended and that
20
    the Trial and Final Pretrial Conference be scheduled as follows:
21
        Trial:                    ____May 23____, 2006 at 9:00 am
22
        Final Pretrial Conference:  ____April l0____, 2006 at 10:00 am
23
    DATED:  August 30, 2005
24

25                                _____
                                  WILLIAM B. SHUBB
26                                UNITED STATES DISTRICT JUDGE

27

28