1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   COMMUNICATIONS CENTER, INC.,

11         Plaintiff,                    No. CIV- S-03-1968 WBS KJM

12      v.

13   MATTHEW J. HEWITT, et al.          ORDER TO SHOW CAUSE

14         Defendants.

15   _____/

16         Under paragraph 8 of the protective order issued by the undersigned on February

17   11, 2004, the parties were permitted to file under seal documents that have been designated

18   "Confidential" or "Confidential--Attorneys Only."  Since entry of the protective order, numerous

19   documents have been filed under seal.  It appears that several of the sealed documents exceed the

20   parameters for sealing set forth in the protective order.

21         Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of

22   this order, the filing party shall itemize by docket number each document it has submitted under

23   seal for which a court order approving sealing was not obtained, and show cause why each

24    /////

25    /////

26    /////

specific document should be maintained under seal.  Documents for which good cause for

maintaining confidentiality is not shown shall be unsealed.

DATED:  December 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

cci-hewitt.seal