IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COMMUNICATIONS CENTER, INC.,

        Plaintiff,                No. CIV- S-03-1968 WBS KJM

        v.

MATTHEW J. HEWITT, et al.,        <u>ORDER</u>

        Defendants.

_____/

        By order filed December 5, 2005, the parties were directed to show cause why documents filed under seal should be maintained under seal. Plaintiff has responded to the order to show cause; defendants have not.

        Upon review of the file and good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of Court is directed to maintain under seal:

            a. Exhibit M to the Declaration of Michael J. Daponde, filed October 27, 2004;

            b. Deposition transcript of Matthew J. Hewitt (Volumes I and II), filed October 27, 2004;

/////

1

1          c. Deposition transcripts of Michael Warren, Christine Griffin, Steven

2  Lawson, and Robert Patton Schleifer (Volumes I and II), filed November 24, 2004.

3          2. The Clerk of Court is further directed to unseal forthwith all other documents

4  previously sealed in this action, except as specified above.

5  DATED: January 9, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

11  cci-hewitt.unseal