PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER  132230
MICHAEL J. DAPONDE  204283
CARRIE L. BONNINGTON  227570
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583




FILED

MAR 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Attorneys for Plaintiff
COMMUNICATIONS CENTER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNICATIONS CENTER, INC., a District of Columbia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW J. HEWITT, an individual; PACIFIC CREST RESEARCH CORPORATION, a Washington corporation,<br><br>Defendants. | No. CIV-S-03-1968 WBS KJM<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE<br><br>Complaint Filed: September 19, 2003<br>Trial Date: May 23, 2006 |

Plaintiff COMMUNICATIONS CENTER, INC. ("CCI") and Defendants Pacific Crest Research Corporation ("PCR") and Matthew Hewitt ("Hewitt") hereby stipulate and agree as follows:

  1. Hewitt has filed for bankruptcy protection.

  2. The parties have reached an agreement in principle that is expected to resolve this litigation. The parties are continuing discussions regarding the Hewitt bankruptcy as

it relates to the settlement.

3. On or about August 30, 2005, the Court scheduled the Final Pretrial Conference for April 10, 2006.

4. The parties respectfully request that the Final Pretrial Conference be continued for approximately three weeks to allow the parties time to finalize the terms of the settlement.

Dated: March 23, 2006

PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER
MICHAEL J. DAPONDE
CARRIE L. BONNINGTON
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419


By   /s/   Michael J. Daponde

Attorneys for Plaintiff
COMMUNICATIONS CENTER, INC.


Dated: March 23, 2006

WOHL SAMMIS & PERKINS LLP
ROBIN PERKINS
1006 Fourth Street, Fourth Floor
Sacramento, CA 95814


By   /s/   Robin Perkins

Attorneys for Defendants
MATTHEW J. HEWITT and PACIFIC CREST RESEARCH CORPORATION


ORDER

IT IS SO ORDERED that the Final Pretrial Conference be continued to May 8, 2006 at 10:00 am.

Dated: March 23 2006

By _____

Honorable William B. Shubb