| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BENJAMIN L. WEBSTER  132230 |
| 2 | MICHAEL J. DAPONDE  204283 |
| | CARRIE L. BONNINGTON 227570 |
| 3 | 400 Capitol Mall, Suite 1700 |
| | Sacramento, CA  95814-4419 |
| 4 | Telephone: (916) 329-4700 |
| | Facsimile: (916) 441-3583 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | COMMUNICATIONS CENTER, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

COMMUNICATIONS CENTER, INC., a District of Columbia corporation,

Plaintiff,

vs.

MATTHEW J. HEWITT, an individual; PACIFIC CREST RESEARCH CORPORATION, a Washington corporation,

Defendants.

No. CIV-S-03-1968 WBS KJM

<u>STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS PENDING COMPLETION OF THE TERMS OF THE SETTLEMENT</u>

Complaint Filed:  September 19, 2003
Trial Date:  May 23, 2006

21    Plaintiff Communications Center, Inc. ("CCI") and Defendants Pacific Crest

22 Research Corporation ("PCR") and Matthew J. Hewitt ("Hewitt") hereby stipulate and

23 agree as follows:

24    1.    Hewitt intends to dismiss his Chapter 13 bankruptcy (Case No. 05-36344D-

25 13L).

26    2.    CCI and Defendants have reached an agreement that will resolve this

27 litigation in its entirety as to all claims and parties.

28    3.    Upon the completion of the terms of the settlement by Defendants (in

700400207v1                                      - 1 -            STIP. AND [PROPOSED] ORDER FOR STAY PENDING
                                                                  COMPLETION OF SETTLEMENT-No.CIV-S-03-1968 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com

1  approximately three years), CCI will dismiss its claims against both Defendants with
2  prejudice.  A failure to complete the terms of the settlement will result in a stipulated
3  judgment being entered against Defendants in this case.
4      4.  The parties respectfully request that the trial date of May 23, 2006 and pre-
5  trial conference date of May 8, 2006 be vacated and all proceedings in the matter be stayed
6  to allow the parties time to complete the terms of the settlement.
7      5.  The parties agree that a status conference should be scheduled if the case has
8  not been dismissed with prejudice, or stipulated judgment has not been entered, by June 30,
9  2009.

Dated:  April 21, 2006

PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER
MICHAEL J. DAPONDE
CARRIE L. BONNINGTON
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419

By ____/s/____ Michael J. Daponde____

Attorneys for Plaintiff
COMMUNICATIONS CENTER, INC.

Dated:  April 21, 2006

WOHL SAMMIS & PERKINS LLP
ROBIN PERKINS
1006 Fourth Street, Fourth Floor
Sacramento, CA  95814

By ____/s/____ Robin Perkins____

Attorneys for Defendants
MATTHEW J. HEWITT and PACIFIC CREST RESEARCH CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

1 ORDER

2     IT IS SO ORDERED that the trial date of May 23, 2006 and the pretrial conference
3 date of May 8, 2006 are hereby vacated and that all proceedings in the matter are hereby
4 stayed pending completion of the terms of the settlement.  The Clerk of the court is ordered
5 to close this file administratively, subject to its being reopened upon the noticed motion of
6 either party.

7 Dated: April 25, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com